12

ORIGINAL

```
┌─────────────────────────────────────┐
│              FILED                    │
│                                       │
│           JUL 1 0 2008                │
│                                       │
│      CLERK, U.S. DISTRICT COURT       │
│   SOUTHERN DISTRICT OF CALIFORNIA     │
│                         DEPUTY        │
└─────────────────────────────────────┘
```

1 | KAREN P. HEWITT
United States Attorney
2 | CALEB E. MASON
Assistant United States Attorney
3 | California State Bar No. 246653
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-5956
6 |
7 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

8 |
9 |                     UNITED STATES DISTRICT COURT

10 |               SOUTHERN DISTRICT OF CALIFORNIA    08CR 2275·H

11 | UNITED STATES OF AMERICA,          )    Magistrate Case No. 08MJ1960
                                       )
12 |              Plaintiff,            )
                                       )    **STIPULATION OF FACT AND JOINT**
13 |        v.                          )    **MOTION FOR RELEASE OF**
                                       )    **MATERIAL WITNESS(ES) AND**
14 | KARLEEN ANN RAMOS,                 )    **ORDER THEREON**
                                       )
                Defendant.             )
15 | _____    )    **(Pre-Indictment Fast-Track Program)**

16 |        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caleb E.

18 | Mason, Assistant United States Attorney, and defendant KARLEEN ANN RAMOS, by and through

19 | and with the advice and consent of defense counsel, Stephen D. Demik, that:

20 |        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26 | //

27 | //

28 | CEM:lg:6/30/08

2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **July 28, 2008**.

4.     The material witnesses, Valentin Hernandez-Perez, Josefina Rodriguez-Martinez and Arturo Andrade-Perez, in this case:

a.     Are aliens with no lawful right to enter or remain in the United States;

b.     Entered or attempted to enter the United States illegally on or about June 24, 2008;

c.     Were found in a vehicle driven by defendant at the San Ysidro, California, Port of Entry (POE), and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.     Were paying or having others pay on their behalf an unknown amount up to $5,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.     May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.     After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.     The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.     The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Karleen Ann Ramos                2                08MJ1960

1   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

2   of (an) unavailable witness(es); and,

3           c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6   waives the right to confront and cross-examine the material witness(es) in this case.

7         6.     By signing this stipulation and joint motion, defendant certifies that defendant has

8   read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9   further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to their country of origin.

14        It is STIPULATED AND AGREED this date.

15                   Respectfully submitted,

16                   KAREN P. HEWITT

17                   United States Attorney

18   Dated: 7/10/08 .

19                   CALEB E. MASON

20                   Assistant United States Attorney

21   Dated: 7/2/08 .

22                   STEPHEN D. DEMIK

23   Dated: 7/2/08 .           Defense Counsel for KARLEEN ANN RAMOS

24                   KARLEEN ANN RAMOS

25                   Defendant

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Karleen Ann Ramos      3            08MJ1960

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 7/10/08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Karleen Ann Ramos                    4

08MJ1960