UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 JUL 10 A 11:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR2275-H |
| Plaintiff | ) | CRIMINAL NO. 08mj1960 |
| vs. | ) | ORDER |
| Karleen Ann Ramos | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 10098298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Arturo Andrade-Perez
(Arr 6/30/08)

DATED: 7/10/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk